**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-1167**

———————

MARY B. HOLMES,

Plaintiff - Appellant,

versus

KLAUS H. BUNTUA; ELLEN MYINT,

Defendants - Appellees,

and

ALBERT N. FUDUKA,

Defendant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T. S. Ellis, III, District Judge. (CA-95-1582-A)

———————

Submitted: July 23, 1996         Decided: July 30, 1996

———————

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Mary B. Holmes, Appellant Pro Se. James Joseph Kelley, II, MORGAN, LEWIS & BOCKIUS, Washington, D.C., for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order granting Appellee's motion to dismiss Appellant's civil action for lack of subject matter jurisdiction, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Holmes v. Buntua</u>, No. CA-95-1582-A (E.D. Va. Jan. 4, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3